

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 31 2020
AT____ O'CLOCK____
John M. Domurad, Clerk  Syracuse

United States District Court
Northern District of New York.

Jeremy Joseph Reynolds
   Plaintiff

V

J. O'Gorman, et. al.,
   Defendant

9:20-cv-0686
(TJM/ML)

## Amended Complaint

### Plaintiff Demands a trial by Jury

Plaintiff in the above-captioned action alleges as Follows.

Fourtheeth Amendment - Equal Protection, Due Process.

Eighth Amendment - Cruel and Unusual Punishment.

### Jurisdiction

1. This is a civil action seeking relief/or Damages to defend and Protect the rights guaranteed by the Constitution of the United States. This action is Brought Prosuant to 42 U.S.C § 1983. The court has Jurisdiction over this action Pursuant to 28 U.S.C §§ 1331, 1343 (3) and (4) and 2201.

2. ### Parties

Plaintiff: Jeremy Joseph Reynolds
Address 594 Route 216
     Stormville NY 12582

3. 1. Defendant: J. O'Gorman.
   Offical Position: Deputy Commissioner
   Address: New York Dept. of Corrctional, Albany NY.

2. Defendant: A. Cuomo
   Offical Position: Govener of New York.
   address: state capitle, Albany NY

3. Defendant: A. Annucci
   Officaal Position: Derter of Speacal houseing
   address: Dept. of Corrctional, Albany NY

4. Defendant: T Stone
   Offical Position: Co
   address: clinton Corr. Facility
   Po Box 2001, Dannemora NY 12929

5. Defendant: K. Wood
   Offical Position: Co
   address: clinton Corr. Facility
   Po Box 2001, Dannemora NY 12929

6. Defendant: N. BolA
   Offical Position: Co
   address: clinton Corr. Facility
   Po Box 2001, Dannemora NY 12929

7. Defendant: Bell
   Offical Position: Superentendent
   Po Box 2001, Dannemora NY 12929

8. Defendent: Zarniak
   Offical Position: DSS
   address: Clinton Corr. Facility,
            Po Box 2001 Dannemora NY 12929

9. Defendent: Delutis
   Offical Position: Capt.
   address: Clinton Corr. Facility
            Po Box 2001 Dannemora NY 12929

10. Defendent: ~~Holb~~ Holdrige
    Offical Position: DSS
    address: Clinton Corr. Facility
             Po Box 2001 Dannemora NY 12929

11. Defendant: Bradford
    Offical Position: 1st Dep.
    address: Clinton Corr Facility
             Po Box 2001, Dannemora NY 12929

12. Defendant: Trombley
    Offical Position: D.S.A
    address: Clinton Corr. Facility
             Po Box 2001 Dannemora NY 12929

13. Defendant: J. Ormsby
    Offical Position: CO
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

14. Defendant: B. Mcintyre
    Official Position: Co
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

15. Defendant: S. Sirkavich
    Offical Position: CO
    address: Clinton Corr. Facility
             PO Box 2001, Dannemora NY 12929

16. Defendant: A. Christon
    Offical Position: CO
    address: Clinton Corr Facility
             PO Box 2001, Dannemora NY 12929

17. Defendant: D. Smith
    Offical Position: CO
    address: Clinton Corr Facility
             PO Box 2001, Dannemora NY 12929

18. Defendaint: N. Darras
    Offical Position: CO
    address: Clinton Corr. Facility
             PO Box 2001, Dannemora NY 12929

19. Defendant: D. Bombarier
    Offical Position: Sgt.
    address: Clinton Corr Facility
             PO Box 2001, Dannemora NY 12929

20. Defendant: P. Clancy
    Offical Position: CO
    address: Clinton Corr. Facility
             PO Box 2001, Dannemora NY 12929

21. Defendant: K. Randall
    Offical Position: SGT
    address: Clinton Corr Facility
             PO Box 2001, Dannemora NY 12929

22. Defendant: Z. Reese
    Offical Position: CO
    address: Clinton Corr. Facility
             Po Box 2001, Dannamora NY 12929

23. Defendant: D. Duquette
    Offical Position: SGt,
    address: Clinton Corr. Facility
             Po Box 2001, Dannamora NY 12929

24. Defendant: T. James
    Offical Position: SGt
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

25. Defendant: T. King
    Offical Position: Srg SGt
    address: Clinton Corr. Facility
             Po Box 2001 Dannemora NY 12929

26. Defendant: D. Provost
    Offical Position: CO
    address: Clinton Corr Facility
             Po Box 2001, Dannemora NY 12929

27. Defendant: M. McShane
    Offical Position: CO
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

28. Defendant: ~~W. Leclair~~ W. Leclar
    Offical Position: SGt
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

29. Defendant: T. Baxter
    Offical Position: CO
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

30. Defendant: S. Gonyo
    Offical Position: CO
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

31. Defendant: J. Nephew
    Offical Possition: CO
    address: Clinton Corr Facility
             Po Box 2001, Dannemora NY 12929

32. Defendant: L. Forkey
    Offical Position: CO
    address: Clinton Corr Facility
             Po Box 2001, Dannemora NY 12929

33. Defendant: M. Carter
    Offical Position: CO
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

34 Defendant: M. Ashline
    Offical Position: CO
    address: Clinton Corr. Facility
             Po Box 2001, Dannemora NY 12929

35. Defendant. A. Cymbrak
    Offical Position: CO
    address. Clinton Corr. Facility
              PO Box 2001, Dannemora NY 12929

36. Defendant. L. Whalen
    Offical Position. E.M.P
    address. Clinton Corr. Facility
              PO Box 2001, Dannemora NY 12929

37. Defendant. ~~C. Dott~~ C. Deltis
    Offical Position. Capt.
    ~~offical~~ address. Clinton Corr. Facility
              PO Box 2001, Dannemora NY 12929

38. Defendant. J. Mahan
    Offical Position. CO
    address. Clinton Corr. Facility
              PO Box 2001, Dannemora NY 12929

39. Defendant. Swenny
    Offical Position: A.D.S
    address. Clinton Corr Facility
              PO Box 2001, Dannemora NY 12929

4 Place of present confinment. Green haven corr. Facility
                                594 Route 216
                                Stormville NY 12585

A. Is there a Prisoner grievance Procedure at this Facility? Yes

B. If your answer to 4-A is Yes, did you Present the Facts of your complaint in this grievance Program? Yes.

(II) what was the Final result regarding your complaint? None as Its Been over a year with No responce From C.O.R.C and I wrote thim mainy letters and there is No other appeal opptions opin to me.

IF your answer to 4-C is No why did you not choose to Not complain about the Facts relating to your complaint in such Prison? I did complain and Filed all grievance steps with No Responce From C.O.R.C.

5. Previous Lawsuits? None.

A. have you Filed other lawsuits or Federal Courts Regarding your complaint? No

B. IF your answer to 5-A is yes you must describe any and all lawsuites, currently Pending or closed, in the space Below? None

(I) Parties to Previous lawsuits? None.

(II) Court (if Federal Court, Naime Distrect; if state court Name County? None.

(III) Docket Number? None

(IV) Disposition of State or Federal Courts? None.

(V) Also Name of Judge to whom case was assigned? None

(VI) Approximate date of disposition? None

(6). Facts of lawsoute

Set Forth the Facts of your case which sub stantiate your claim of violation of your civil and/or constitutional rights. List the Events in the order they happened,

(I) IF yes what steps did you take. I Filed multible grievances one on 6-12-19 thin agine on 6-13-19 and agine on 6-15-19 and the last grievance I wrote war on 7-1-19. I sent all grievances to inmate grievance Resolution Committee (IGRC) as I did not get a responce with in 16 days I Filed a appeal on 7-3-19 to Superentendant Bell. I was Not Satisifed with his Responce so appealed to C.O.R.C. Thay have Not Responded in over 12 months. Ive tried to exhoust my Remitys and as the is No other grievance appeal lift to me and The Policy is so opec. I have no more Remitys opin to me.

(II) what was the Final result of your grievance? It's Been over a year with No Responce, and I wrote C.O.R.C in ~~Albany~~ Albany on 8-20-19 by us mail, Thin have wrote evrry 3 months by mail. with No Responce at all.

IF your Responce to 4-B is No why did you choose not to Present the Facts relating to your complaint to the grievance Program? I did Report it.

C. IF there is No grievance Procedures in your institution did you complain to Prison authorities about the Facts alleged in your complaint? I Filed grievance and also Complained to authorities.

(I) what Steps did you take? I Filed manitble grievances with IGRC thin Filed a appeal to Superentendant Bell Thin appealed to ~~IGRC~~ Co.RC and wrote to albany C.O.R.C with No Responce in over 12 months.

Nameing deFendants involved, Dates and Places.

Notie: you must included allegations of wrongful conduct as to Each and Every deFendaint in your complaint.

on 6-11-2019 at approximently 4:40 pm why housed at the Clinton Corr. Facility, in the main yard. 3 Black inmates attacked inmate Blancherd. CO Ashline gave the order (to get on the ground ant stop Fighting. witch I did.) The Black inmates (that That I dont have there Names of due to Foil would not release them. Keep assaulting inmate Blancherd. at this time CO's Sgt Bomradier observed a Four man Fight Brake out. on the Flats of the North yard, he activated a levil, via Facility Radio. The COs D. Provost, Fired one state issued Rund or ProJectile into the yard, at witch time all inmates got onto the ground and stoped Fighting. Co D. Provost used accsive Fource By Fireing a Round in to a group of inmates that was already on. the ground. Co D. Provost Fired into a a group of inmats that had No part in this 4 man Fight. I was not part of this Four man Fight and the officer Used accessive Foruce on me and other inmates violating my Eighth amendment - cruel and unusual Punishment as I was on the ground and not part of the Fight. this COs acted wantonly and in Bad Faith, by Fireing into a croud of inmates that had complied to orders of CO Ashline. CO Ashline could cleerly see that CO D. Provost was Fireing at inmates that was not involved in the 4 man Fight. This action consed me Pain & suffering as Ive got Breathing troubles.

thin inmatets stop Fighting and got on the ground, yet CO J. ORmsby Fired one Round into the inmates. CO ORmsbys Fired Round was eccesif Fource and violates my Eighth - amendment. - cruel and unusual Punisment. at this time COs, Mc shane, CO Stone, Co K.Wood, Co Provost CO Provost Fired 6 more Rounds one of witch hit me in the Face and Knocked out one of my Teeth and consed pain and suffering, also swelled my right eye closed. the officers K.Wood CO Stone and CO Provost used excessive Fource on me and other inmates witch caused Pain and a

great dail of Pain. at the time all inmates was on the ground and co's J. Ormsby, Co McShane, Co Stone, Co K Wood, Co Provost all violated my Eighth amendment rights. cruel and unusual Punishment.

at this time all inmates was on the ground and complieing with orders of Co Ashline. Cos Ashline and Sgt. Bomardied did Not stop this use of Fource on inmates that did not have any thing to do with the Fourman Fight. Co Ashline and Sgt Bomardied did Not stop this. They violated my Eighth amendment rights of crud and unusual Punishment. As they did not stop cos From Fireing rounds at inmates that did not do anything.

thin cos T. Stone, K Wood, N Bola, J. Ormsby, B. Mcintyre, Co S. Siskavich, Co A Christon, Co D. Smith, Co N. Darras Co-Sgt D. Bombarier, Co. P. Cloncy, Co K Randell-Sgt, and Co. Z Reese, Co-Sgt. T. James, Co-Sgt T. King Co's, M. McShane, Co-Sgt W. Lecler, Co T Baxter, Co S. Gomyo Co. J. Nephew, Co. L. Forkey, Co. M Carter, M. Ashline, Co A. Cymbark, Co-capt C. Dettis, Co. J. Maham all reported to Clinton main yard to provide security ; safty. at this time 2 Black John Doe inmates attcaked inmate Ryan with weapons all officers flead the yard. whin it was plain to see that white inmates was beeing targited by groups of Black inmates Co. T Stone violated my Eighth amendment rights of equal Protection. by abanding his duty to Protect. Co K. Wood violated my Eighth amendment rights by abanding his dutty to Protect. Co N. Bolo violated my Eighth amnendment rights of equal Protection by abanding his duty to Protect. Co J. Ormsby violated my Eighth amenment rights by Not Provideing equal Protection. Co B. Mcintyre violated my Eigtth amenment rights of equal Protection by Not Provided-ing Protection and abandining his duttys. Co S. Siskavich did Not Provide equal Protection. he violated my Eighth-amendment rights. Co A Christon did Not Provide equal Protection by abandining his Post and duttys.

C, D. Smith did Not provide Protection, he abandend his dutty and violated my Eighth amendment rights by Not Provideing me with equal Protection. Co. N. Darras did Not Provide equal Proteetion and subJected me to crual and unusawal Punishment. Violating my Eighth amendment rights, SGt Z. Reese did not Provide equal Protection and violated my Eighth amendment rights by abanding his duttys. SGt T. James violated my Eighth amendment by subJecting me to crual and unusalul Punishment, by abanding his duty. SGt T. King abbanded his dutys and violated my Eighth amendment rights by abanding his dutys. Co J. mcShane, Co-SGt W. Lecler, Co. capt T. Baxter, Co S. Gonyo Co. J Nephew, Co L. Forkey, Co M. Carter. M. ashline, Co-J. Nephew, Co A. Cymbark, Co, C. Deitts, Co. J. maham all abanded there duty to Provide safty and security by abandining there dutys. They all violated my Eighth amendment rights of crual and unusual Punishment ¢ Equal Protection. only afFter the upoved Named Co's abondended there dutys was I attacted. It was resonalble to assome and John Doe inmate would of Been Provided equal Protection under similer Sercomstances. I recived a Number of Pharyisical inJuries, inclueding 3 6in Razer cuts, 3 Broken Right ribs, a colapeded lung and numeruse other inJarys. all Becuse the aboved Named Cos. did Not act with any Resonable regurd to my saFty. As I set on the ground it was cleer to see that white inmates was Being targited, and all above Named Co's could see that was the case. aFFter all above named Co's left the yard was I attacted by John doc inmates. about 20 in all. As I was Knocked unconsuse I dont have much memery of this. Co could eazly see it was only the white inmates Being attack. and any other inmate under the

Same contishions would of Been Protected by all Named co's. mainy of this inmates had weapons in the yard. at No time was there any Resonable threat to cos Named. as I woke up co were standing over me. at this time co Chagnon escorted me to hosp. 1st Foor. as I was comming in I compained to Supt Ball, DSS Zarniak Capt. Delutis, DSS holdridge, 1st Dep. Bradford, DSA-Thombley and Sgt D. Bombardier, Sgt. K. Randall, Co-Sgt D. Duquette, Sgt T. James, co Sgt T. King Co Sgt W. Leclair, Emp. L. Whalen, capt L. DEluttis That I was inJourd and could Not walk. at this time Supt. Bell violated me Eighth amendment rights to Be free off unusal Punishment. DSS holdridge treated me with deliberirite indeffrance and violated my Eighth amendent rights. 1st Dept Bradford treated me with crual and unuseal Punishment by seeing I was Hurt and in Pain and making me walk to the hostp. he violated my Eighth amendment rights. DSA-Sgt W. Leclair treated my indeffontly and with crual and unusaul Punishment by seeing my pain and making me walk to infurmory. he violated my Eight amondment by crual and unuseual Punishment, and indeffrance. E.M.P L. Whalen treated me indifrent by making me walk to the infurmiry. and violated my Eighth amendment rights. Cppt D. Deluttis also treated me with indifrance and crual and unusal Punishment in violation of my Eitght amendment Rights,

I was thin taken to the outside hospital and treated. ~~I had 3 Broken right Ribs.~~ at Champlain Valley Physicians hospital. I had 3 Broken Right Ribs. 3 6" cuts to my Back that took 13 Stiches to close. Sweeton check, Number 6 Bottom tooth Losse and lots of other Lacerations Coused By 20 or more inmates attacking me with weapons why I Named Co's did Not do anything to Stop the asult on me, were any other inmate Could of Resonable Been protectied by the Name staff.

I was returned affter it was discoverd I had a cblaped lung. I Spent 15 hr in E.R and thin Spent 3 days on the 3rd floor of Prison hospt. Before I was returned to the main Prison at clinton. at that time I was surved a tire 3 tickit. went to hearing wear A.D.S ~~Sweany~~ Swenny did may hearing. She did it at clinton on, 6-17-19 and used Statements of Co's and vidio footage. she did Not Provide me a Fair and in parshal hearing as I pointed out in the vidio I was never Fighting, never Not complying with orders, and Not causeing a distrubance. The vidio used cleerly shows this. So A.D.S. swenny Viotaleted my Fourteeth amendment, by Being unFair and in parshal. this is a Due process violation. She did Not relie of Facts that Showed I did Not violate any Rules. Namely the vidio.

I recived 60 days keeplock. as The conditionsl of my cell did Not met standerds and I'm a mental heath levial 2 inmate this time was

atypical and was a meantal hardship to me with I can show in my mental heath files. It was not fair and I sufferd great mental pain becuse ADS. Swenny was inpartal and unfair. This hearing was at clinton on 6-17-2019, Tape #19-787 held by ADS Swenny on 6-17-2019 and completed on 6-20-2019 at clinton. I was given 60 days keeplock and lose of all privaleges. I appealed to D. Venettozzi on 6-21-2019 The appeal was not turned over. But D. Venettozzi was mad a wair of my unlawfull treatment and did not take action. He violated my Eighth amendant rights, of equal protection. on 6-23-19 I wrote to J. O'Gorman the Deputy Commissionor and he did not take action violateing my Eighth amendment rights of equal protection. I wrote him by us mail. on 6-23-19 I wrote to A. Cuomo the govener of New York and he did not respond or take action for my unlawful treatment he violated my Eighth amendment. the grievance prosses is so opeg that it leves the grievance Prosses unavailable to me. Its opaque its been over a year with no responce by C.O.R.C I've wrote lots of letters tring to get responce. And there is no other appeal options opin.

End Statment!

7.                    Causes of Action

note you must clearly state Each cause of action ~~asserted you~~ you assert in this lawsuit.

### First Cause of action.

Officers did Not Providem me Protection. I recived in Jorys Becuse Co's treated me in diffenty. and as a Result I was harmed. Thay left the yard when it was cleer white inmates were Being targited.

### Second Cause of action

Becuse I was Not given a Fair hearing I recived 60 days keep lock that was harsh. and only on appeal was it reversed Becuse the hearing officer was in partal.

### Third Couse of action.

I still suffer and have P.T.S.D Becuse of the officers treating me wrong. and Violating my rights.

8. Prayer For Relief

Wherefor, Plaintiff requests that this Court grant the following Relief: 7,000,000.00 in Damages and 5,000,000 in Punitive Damnages.

I declare under Penalty of Perjury that the Foregoing is true and Correct.

Date ~~8-18~~ 9-18-2020

*Jeremy Reynolds*
Signature of Plaintiff